IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEHO GRDANOVIC,<br>          Plaintiff,<br><br>vs.<br><br>LA ROCHE COLLEGE (LRC); US GOVERNMENT; BOSNIAN GOVERNMENT; UNITED NATIONS; U.S. DISTRICT JUDGE TERRENCE F. MCVERRY,<br>          Defendants. | Civil Action No. 12-742<br><br>Judge Nora Barry Fischer<br>Magistrate Judge Maureen P. Kelly |

## ORDER

AND NOW, this ____ day of August, 2012, after the Plaintiff filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge dismissing Plaintiff's action with prejudice pursuant to 28 U.S.C. § 1915(e)(2), and denying Plaintiff's Motion for Leave to Proceed *in forma pauperis* as moot and granting Plaintiff until August 16, 2012, to file written objections thereto, and no objections having been filed by Plaintiff and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is DENIED AS MOOT and, pursuant to 29 U.S.C. §1915(e)(2), that Plaintiff's Complaint is DISMISSED WITH PREJUDICE and the case shall be docketed closed.

IT IS FURTHER ORDERED that the Clerk of this Court shall contact Plaintiff at each of the addresses indicated on the docket and by telephone and inform him that the original

1

exhibits filed with the Complaint may be picked up at the Clerk's Office located on the Third Floor of the United States Courthouse, 700 Grant Street, Pittsburgh, PA.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the Plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

BY THE COURT

United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

**MEHO GRDANOVIC**
Northside Common Ministries
Pleasant Valley Shelter
1601 Brighton Road
Pittsburgh, PA 15212
412-448-1668

**MEHO GRDANOVIC**
Light of Life Shelter (North Side)
10 East North Avenue
Pittsburgh, PA